**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

**IN RE:**

Pedro N. Gonzalez

Case No.: 14-14284
Chapter: 13
Hearing Date: 7/21/14

Debtor(s) | Judge Jacqueline P. Cox

## NOTICE OF MOTION

TO:   Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
Pedro N. Gonzalez, Debtor(s), PO Box 410723, Chicago, IL 60641
Nicholas C. Kefalos, Attorney for Debtor(s), 27 North Wacker Drive Suite 2000, Chicago, IL 60606-2800 by electronic notice through ECF

PLEASE TAKE NOTICE that on the 7/21/14, at 9:00AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Jacqueline P. Cox, Bankruptcy Judge, in the courtroom usually occupied by him/her at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, room 680, or before any other Bankruptcy Judge who may be sitting in his/her place and stead, and shall then and there present this Motion of the undersigned, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith, at which time you may appear if you so desire.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on July 14, 2014 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on July 14, 2014.

/s/ Christopher J. Stasko
Attorney for Movant

Berton J. Maley ARDC#6209399
Christopher J. Stasko ARDC#6256720
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-12-03012)**

NOTE: This law firm is deemed to be a debt collector.

## **CERTIFICATE OF SERVICE**

       The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on July 14, 2014 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on July 14, 2014.

- Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
- Pedro N. Gonzalez, Debtor(s), PO Box 410723, Chicago, IL 60641
- Nicholas C. Kefalos, Attorney for Debtor(s), 27 North Wacker Drive Suite 2000, Chicago, IL 60606-2800 by electronic notice through ECF

                            /s/ Christopher J. Stasko
                              Attorney for Movant

Berton J. Maley ARDC#6209399
Christopher J. Stasko ARDC#6256720
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-12-03012)**

NOTE: This law firm is deemed to be a debt collector.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Pedro N. Gonzalez

Debtor(s)

Case No.: 14-14284
Chapter: 13
Hearing Date: 7/21/14

Judge Jacqueline P. Cox

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR IN THE ALTERNATIVE TO DISMISS THE CASE FOR FAILURE TO MAKE PLAN PAYMENTS

**NOW COMES** NATIONSTAR MORTGAGE, LLC, (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court pursuant to 11 U.S.C. §362(d) for an Order granting Movant relief from the automatic stay, or alternatively, for entry of an order dismissing the case pursuant to 11 U.S.C. §1307, and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois, Eastern Division;

2. The Debtor is indebted to Movant for which the Movant claims a valid security interest in the property commonly known as 3912 W. Diversey Avenue, Chicago, IL60647;

3. Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. §362 of the Bankruptcy Code upon Debtor filing of this petition on 4/17/14;

4. The Chapter 13 plan herein provides for the cure of the default of said mortgage and maintenance of current payments during the pendency of the proceeding;

5. Pursuant to the plan, Debtor(s) is/are to disburse the current monthly mortgage payments directly to Movant beginning with the first payment due after the filing of the Chapter

13 Bankruptcy (subject to periodic adjustment due to change in escrow);

6. Movant is entitled to relief from the automatic stay under 11 U.S.C. Section 362(d) for the following reasons:

   a) As of 06/26/2014, the Debtor(s) is/are past due for the 5/1/14, and all amounts coming due since that date. Any payments received after this date may not be reflected in this default;

   b) As of 06/26/2014, the total post-petition default through and including 6/1/14, is $8,399.34. Any payments received after this date may not be reflected in this default. This amount includes post-petition attorney fees in the amount of $1,226.00;

7. Said failure to make post-petition mortgage payments is sufficient grounds for relief from the automatic stay for cause pursuant to 11 U.S.C. Section 362(d)(1);

8. That sufficient grounds exist to dismiss this proceeding under 11 U.S.C. §1307 as:

   a) debtor's failure to timely pay post-petition mortgage payments as required under the plan and 11 U.S.C. §1322(b)(2) and (b)(5) constitutes an unreasonable delay that is prejudicial to moving creditor and the case should be dismissed under §1307(c)(1);

   b) debtor's failure to timely pay post-petition mortgage payments as required under the plan and 11 U.S.C. §1322(b)(2) and (b)(5) constitutes "cause" and the case should be dismissed under the general provisions of 11 U.S.C. §1307;

   c) the default in payments under the proposed plan, constitutes a failure to commence making timely payments under 11 U.S.C. §1326 and the case

should be dismissed under §1307(c)(4);

9. This Court has authority to order that Rule 4001(a)(3) is not applicable to the order entered in granting this motion, and Movant requests this Court so order;

10. Movant has incurred attorney fees and/or costs in connection with this bankruptcy proceeding which have been included in the calculation of any default figures quoted herein subject to court approval, including:

      $200.00    for Review of Debtor's Plan

      $850.00    for Preparation of Notice and Motion for Relief from the Automatic Stay, and prosecution of same

      $176.00    for Court filing fee

11. Attached are redacted copies of any documents that support the motion for relief, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

**WHEREFORE,** NATIONSTAR MORTGAGE, LLC prays this Court enter an Order pursuant to 11 U.S.C. Section 362(d) modifying the automatic stay as to Movant, or alternatively, for an entry of an order dismissing the case pursuant to 11 U.S.C. §1307, allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage, and for such other and further relief as this Court may deem just and proper.

Dated this July 14, 2014.

    Respectfully Submitted,

    Codilis & Associates, P.C.

    By: /s/ Christopher J. Stasko

    Berton J. Maley ARDC#6209399
    Christopher J. Stasko ARDC#6256720
    Gloria C. Tsotsos ARDC#6274279
    Jose G. Moreno ARDC#6229900
    Rachael A. Stokas ARDC#6276349
    Peter C. Bastianen ARDC#6244346
    Joel P. Fonferko ARDC#6276490
    Maria A. Georgopoulos ARDC#6281450
    **Codilis & Associates, P.C.**
    15W030 North Frontage Road, Suite 100
    Burr Ridge, IL 60527
    (630) 794-5300
    **C&A FILE (14-12-03012)**

NOTE: This law firm is deemed to be a debt collector.