**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| RE: Pedro N Gonzalez | ) Case No. 14 B 14284 |
| | ) |
| Debtor | ) Chapter 13 |
| | ) |
| | ) Judge: JACQUELINE P COX |

## NOTICE OF MOTION

Pedro N Gonzalez                                        VERNOR MORAN LLC
                                                                via Clerk's ECF noticing procedures

3912 W Diversey Ave
Chicago, IL 60647

Please take notice that on August 04, 2014 at 10:30 am my designee or I will appear before the Honorable
Judge JACQUELINE P COX at 219 South Dearborn Courtroom 680, Chicago, IL and present the motion
set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons
named above by U.S. mail at  55 E Monroe St.,  Chicago, IL or by the methods indicated on July 16 , 2014.


                                                                /s/ Tom Vaughn


## TRUSTEE'S MOTION TO DISMISS FOR UNREASONABLE DELAY


Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in
support thereof states:

1.  On April 17, 2014 the Debtor filed a petition and plan under Chapter 13 of Title 11  U.S.C.

2. That the above-captioned plan has not yet been confirmed .

3. That the Debtor has caused unreasonable delay that is prejudicial to creditors by:

Debtor to amend petition address 3922 W. Diversey;

schedule I confirm monthly received rent, statement of financial affairs list rental income for 2013;

schedule F missing creditor , schedule J separate utilities paid 3914 and 3912 properties;

schedule J (4) doesn't match the plan.

WHEREFORE, the Trustee prays that this case be dismissed for unreasonable delay by the debtor pursuant
to 11 U.S.C. § 1307 (c) (1).

                                                                Respectfully submitted,

TOM VAUGHN
CHAPTER 13 TRUSTEE                                      /s/ Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900