# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

| | |
|---|---|
| In re: | : |
| Pedro N. Gonzalez | : Case No.: 14-14284 |
| | : Chapter 13 |
| Debtor. | : Judge Jacqueline P. Cox |
| | : * * * * * * * * * * * * * * * * * * * * * |

## OBJECTION TO CONFIRMATION OF PLAN (DOCKET NUMBER 51)

Now comes Green Tree Servicing LLC, as authorized servicer for Federal National Mortgage Association ( Fannie Mae), as owner and holder of account/contract originated by COUNTRYWIDE BANK, FSB ("Creditor"), by and through its mortgage servicing agent Green Tree Servicing, LLC, by and through its attorneys, Manley Deas Kochalski LLC, and objects to confirmation of the Chapter 13 plan of Pedro N. Gonzalez ("Debtor"). For the reasons which follow, confirmation should be denied.

## MEMORANDUM IN SUPPORT OF OBJECTION

Creditor is a creditor herein secured by a first mortgage lien upon the Debtor's real estate located at 3914 W. Diversey Ave, Chicago, IL 60647-1021. The Debtor's Chapter 13 Plan proposes to treat Creditor's claim unfairly by providing for an inadequate arrearage amount. The amount of the arrearage in the Chapter 13 Plan is $0.00 and the amount that Creditor has included in its filed amended claim is $4,997.40. In addition, Creditor objects to said treatment and asserts that, as of the petition date herein, Creditor's claim was fully secured by value in the real estate. Accordingly, § 1322(b)(2) of the Bankruptcy Code and the United States Supreme

14-023802_DLH1

Court's holding in <u>Nobleman v. American Savings Bank</u> (In re: Nobleman), 508 U.S. 324 (1993) prohibit the Debtor's proposed modification of Creditor's mortgage.

    WHEREFORE, Creditor respectfully requests the Court to deny confirmation of the Debtor's proposed Chapter 13 Plan.

                                            Respectfully submitted,

                                            /s/ Sarah E. Willms
                                            Keith Levy (6279243)
                                            Sarah E. Willms (28840-64)
                                            Stacey A. O'Stafy (0070386)
                                            Manley Deas Kochalski LLC
                                            P.O. Box 165028
                                            Columbus OH  43216-5028
                                            614-220-5611; Fax: 614-627-8181
                                            Attorneys for Creditor
                                            The case attorney for this file is Keith Levy.
                                            Contact email is kl1@manleydeas.com

14-023802_DLH1

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Objection to Confirmation was served on the parties listed below via e-mail notification:

U.S. Trustee
Patrick S. Layng
Office of the United States Trustee, Region 11
219 S. Dearborn Street
Room 873
Chicago, IL 60604

Nicholas C. Kefalos
Attorney for Pedro N. Gonzalez
Vernor Moran LLC
27 North Wacker Drive Suite 2000
Chicago, IL 60606
nkefalos@vernormoran.com

Tom Vaughn
55 E. Monroe Street
Suite 3850
Chicago, IL 60603

The below listed parties were served via regular U.S. Mail, postage prepaid, from 1400 Goodale Blvd, Grandview Heights, OH 43212, on September 18, 2014:

Pedro N. Gonzalez
Erika Gonzalez
3922 W. Diversey Avenue
Chicago, IL 60647

Pedro N. Gonzalez
Erika Gonzalez
3914 W. Diversey Ave
Chicago, IL 60647-1021

/s/ Sarah E. Willms

14-023802_DLH1