**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Pedro N. Gonzalez** | : | **Case No.: 14-14284** |
| | : | **Chapter 13** |
| **Debtor.** | : | **Judge Jacqueline P. Cox** |
| | : | * * * * * * * * * * * * * * * * * * * * * |
| | : | |

## NOTICE OF MOTION

**Notified via Electronic Filing**

U.S. Trustee
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Trustee
Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Nicholas C. Kefalos
Attorney for Pedro N. Gonzalez
Vernor Moran LLC
27 North Wacker Drive Suite 2000
Chicago, IL 60606-2800
nkefalos@vernormoran.com

Charles H. Shepard
Attorney for Pedro N. Gonzalez
Vernor Moran, LLC
227 N. Wacker Drive, Suite 2000
Chicago, IL  60606-2800
cshepard@vernormoran.com

14-023802_SEN

**Notified via US Postal Service**

Pedro N. Gonzalez
Erika Gonzalez
3922 W. Diversey Ave
Chicago, IL  60647

Pedro N. Gonzalez
Erika Gonzalez
3914 W Diversey Ave
Chicago, IL  60647-1021

Chase
PO Box 24696
Columbus, OH  43224

Please take notice that on March 9, 2015, at 9:00 AM, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Jacqueline P. Cox, 219 South Dearborn, 680, Chicago, IL, 60604 or before any other Bankruptcy Judge who may be presiding in his/her place and stead and shall then and there present the accompanying motion.  At that time and place you may attend if you so choose.

**AFFIDAVIT OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached motion upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 1400 Goodale Blvd, Grandview Heights, OH 43212, on 26th day of February, 2015, unless a copy was provided electronically by the Clerk of the Court.

Date  February 26, 2015                             /s/ Shara C. Cornell
                                                    Signature

14-023802_SEN

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Motion for Relief from the Automatic Stay and Co-Debtor Stay (First Mortgage) was served on the parties listed below via e-mail notification:

| | |
|---|---|
| U.S. Trustee<br>Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604 | Nicholas C. Kefalos<br>Attorney for Pedro N. Gonzalez<br>Vernor Moran LLC<br>27 North Wacker Drive Suite 2000<br>Chicago, IL 60606-2800<br>nkefalos@vernormoran.com |
| Trustee<br>Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603 | Charles H. Shepard<br>Attorney for Pedro N. Gonzalez<br>Vernor Moran, LLC<br>227 N. Wacker Drive, Suite 2000<br>Chicago, IL 60606-2800<br>cshepard@vernormoran.com |

The below listed parties were served via regular U.S. Mail, postage prepaid, from 1400 Goodale Blvd, Grandview Heights, OH 43212, on February 26, 2015:

Pedro N. Gonzalez
Erika Gonzalez
3922 W. Diversey Ave
Chicago, IL 60647

Chase
PO Box 24696
Columbus, OH 43224

Pedro N. Gonzalez
Erika Gonzalez
3914 W Diversey Ave
Chicago, IL 60647-1021

/s/ Shara C. Cornell

14-023802_SEN

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | |
|---|---|
| In re: | : |
| | : |
| Pedro N. Gonzalez | : Case No.: 14-14284 |
| | : Chapter 13 |
| Debtor. | : Judge Jacqueline P. Cox |
| | : * * * * * * * * * * * * * * * * * * * * |
| | : |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY (FIRST MORTGAGE)

The creditor, Green Tree Servicing LLC, hereby moves the Court, pursuant to 11 U.S.C. § 362(d) to lift the automatic stay from the estate the following real property:

      3914 W Diversey Ave, Chicago, IL 60647-1021 (hereinafter the "Property")

and hereby moves the Court, pursuant to 11 U.S.C. § 1301(c) for relief from the co-debtor stay as to Erika Gonzalez. In support of the motion, the Creditor states the following:

    1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334 and General Rule 2.33 of the United States District Court for the Northern District of Illinois. This is a core proceeding under 28 U.S.C. § 157(b)(2). The venue of this case and this Motion are proper under 28 U.S.C. § 1408 and 1409.

    2. Pedro N. Gonzalez (hereinafter "Debtor") filed a Chapter 13 case on April 17, 2014, (hereinafter the "Petition Date").

14-023802_SEN

3. As of the Petition Date, the Creditor was the holder of a claim secured by the Property, more particularly described in the Mortgage, a copy of which is attached as Exhibit "A".

4. The above described Mortgage was given to secure a promissory note, (hereinafter the "Note"), dated July 25, 2008 and made payable to the Creditor in the original sum of $447,000.00. A copy of the Note is attached hereto as Exhibit "B".

5. The Creditor perfected an interest in the Property, more particularly described in the Mortgage, recorded in Cook County Recordings Office on August 1, 2008. Evidence of perfection is attached as Exhibit "A".

6. The loan was modified as set forth in the Loan Modification Agreement attached as Exhibit "C".

7. The subject Mortgage is co-signed by Erika Gonzalez and that to the extent that the Co-Debtor stay of 11 U.S.C. § 1301 applies to real estate loans, it applies to Erika Gonzalez and grounds exist for relief therefrom under 11 U.S.C. § 1301(c)(1) as the Co-Debtor received an ownership interest in the Property and under 11 U.S.C. § 1301(c)(3) if the automatic stay is modified therein.

8. As of February 19, 2015, the outstanding principal of the Note was $387,641.86, the outstanding deferred principal balance was $117,530.86 and the outstanding interest was $7,225.52.

9. The Debtor is in default post-petition. A payment history is attached as Exhibit "D".

10. Said failure to make post petition mortgage payments constitutes sufficient grounds for relief from the automatic stay for cause pursuant to 11 U.S.C. §362(d)(1);

14-023802_SEN

11. The Property is of inconsequential value and benefit to the estate. Cause exists to lift the automatic stay under 11 U.S.C. § 362(d)(1) and/or 362(d)(2) for these reasons:

    a.    Debtor and Co-Debtor have no equity in the Property and the Property is not needed by the Debtor for its reorganization. Creditor believes that the Property has a value of $424,900.00 based on the Debtor's Schedule A, which is attached hereto as Exhibit "E". The balance on Creditor's first mortgage exceeds the value of the Property. Based upon the lack of equity in the Property, Creditor asserts that the Property is burdensome and/or of inconsequential value and benefit to the estate.

    b.    The Creditor is not being adequately protected. Per the Note and Mortgage, payments are applied to the last month due. Based on the foregoing, Debtor and Co-Debtor have failed to make periodic payments to Creditor since May 1, 2014, which unpaid payments are in the aggregate amount of $11,868.45 through February 1, 2015. As of the filing of this motion, Debtor was to have made 10 post petition payments. Debtor has only made 5 post petition payments. Debtor is delinquent 5 post petition payments.

12. The Movant requests that the Court order that Rule 4001(a)(3) is not applicable.

WHEREFORE, the Creditor prays for the entry of the attached Order Granting Relief from the Automatic Stay and Co-Debtor Stay.

    Respectfully submitted,

    /s/ Shara C. Cornell
    Shara C. Cornell (02118-2011)
    Sarah E. Willms (28840-64)
    Stacey A. O'Stafy (0070386)
    Keith Levy (6279243)
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus OH  43216-5028
    614-220-5611; Fax: 614-627-8181
    Attorneys for Creditor
    The case attorney for this file is Shara C. Cornell.
    Contact email is sccornell@manleydeas.com

14-023802_SEN

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from the Automatic Stay and Co-Debtor Stay (First Mortgage) was served on the parties listed below via e-mail notification:

| | |
|---|---|
| U.S. Trustee<br>Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604 | Nicholas C. Kefalos<br>Attorney for Pedro N. Gonzalez<br>Vernor Moran LLC<br>27 North Wacker Drive Suite 2000<br>Chicago, IL 60606-2800<br>nkefalos@vernormoran.com |
| Trustee<br>Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603 | Charles H. Shepard<br>Attorney for Pedro N. Gonzalez<br>Vernor Moran, LLC<br>227 N. Wacker Drive, Suite 2000<br>Chicago, IL 60606-2800<br>cshepard@vernormoran.com |

The below listed parties were served via regular U.S. Mail, postage prepaid, from 1400 Goodale Blvd, Grandview Heights, OH 43212, on February 26, 2015:

| | |
|---|---|
| Pedro N. Gonzalez<br>Erika Gonzalez<br>3922 W. Diversey Ave<br>Chicago, IL 60647 | Chase<br>PO Box 24696<br>Columbus, OH 43224 |
| Pedro N. Gonzalez<br>Erika Gonzalez<br>3914 W Diversey Ave<br>Chicago, IL 60647-1021 | /s/ Shara C. Cornell |

14-023802_SEN