**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN THE BANKRUPTCY MATTER OF:

Pedro N Gonzalez

Debtor

Chapter 13 No.   14-14284

Judge   Jacqueline P. Cox

## NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on April 8, 2019, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

/s/ Matthew C. Abad

**Certificate of Service**

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 150 N Michigan Ave., Chicago, Illinois 60601 at 5:00 p.m. on April 8, 2019 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Matthew C. Abad
Matthew C. Abad ARDC# 6257858

Kluever and Platt, LLC
150 N Michigan Ave., Suite 2600
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB.2655

**SERVICE LIST**

Pedro N Gonzalez
3922 W Diversey Ave
Chicago, IL 60647

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Nicholas C Kefalos
Vernor Moran LLC
27 North Wacker Drive Suite 2000
Chicago, IL 60606-2800