| Fill in this information to identify the case |
|---|

**Debtor 1** Pedro N Gonzalez

**Debtor 2**
(Spouse, if filing)

**United States Bankruptcy Court for the:** NORTHERN District of IL
                                    **(State)**

**Case number** 14-14284

# Form 4100R

## Response to Notice of Final Cure Payment
                                                          10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| Part 1: | Mortgage Information |
|---|---|

**Name of creditor:** Nationstar Mortgage LLC                           **Court claim no.** (if known):

**Last 4 digits** of any number you use to identify the debtor's account: 8320

**Property address:** 3912 W Diversey Ave
                Number             Street

                Chicago  IL  60647-8570
                City                        State        Zip Code

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:              $ _____

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

    The next postpetition payment from the debtor(s) is due on:  ___/___/_____
                                                   MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.   Total postpetition ongoing payments due:                    (a) $6,301.04

b.   Total fees, charges, expenses, escrow, and costs outstanding, less suspense:    (b) $-691.41

c.   Total. Add lines a and b.                             (c) $5,609.63

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became due on:   03/01/2019
                                                        MM/DD/YYYY

18-007033_CJP

| Debtor 1 | Pedro N Gonzalez | | Case number (if known) | 14-14284 |
| | First Name | Middle Name        Last Name | | |

## Part 4:    Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

## Part 5:    Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X __/s/ Umair Malik_____      Date ___April 11, 2019_____
  Signature

Print: ___Umair Malik_____      Title ___Attorneys for Creditor_____

Company ___Manley Deas Kochalski LLC_____

Address ___P.O. Box 165028_____
         Number        Street

        ___Columbus OH  43216-5028_____
         City              State        ZIP Code

Contact phone ___614-220-5611_____      Email ___amps@manleydeas.com_____

18-007033_CJP

## Exhibit B: Schedule of Amounts Outstanding Post-Petition Claim

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. | Attorney's fees | | (3) | $ |
| 4. | Filing fees and court costs | | (4) | $ |
| 5. | Advertisement costs | | (5) | $ |
| 6. | Sheriff/auctioneer fees | | (6) | $ |
| 7. | Title costs | | (7) | $ |
| 8. | Recording fees | | (8) | $ |
| 9. | Appraisal/broker's price opinion fees | | (9) | $ |
| 10. | Property inspection fees | | (10) | $ |
| 11. | Tax advances (non-escrow) | | (11) | $ |
| 12. | Insurance advances (non-escrow) | | (12) | $ |
| 13. | Escrow shortage or deficiency (Do not include amounts that are part of any installment payment listed in Part 3.) | | (13) | $ |
| 14. | Property preservation expenses. Specify: _____ | | (14) | $ |
| 15. | 2 payments at $3,150.52 each. (Edit blanks with complete info regarding unpaid payments.) | 03/01/2019-04/01/2019 | (15) | $ 6,301.04 |
| 16. | Other. Specify: Suspense Credit | | (16) | $ -691.41 |
| | Total postpetition fees, expenses, and charges. Add all of the amounts listed above. | | (17) | $ 5,609.63 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Response to Notice of Final

Cure was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S.
Dearborn Street, Room 873, Chicago, IL 60604

Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL  60603

Nicholas C. Kefalos, Attorney for  Pedro N Gonzalez, Vernor Moran LLC, 27 North Wacker
Drive Suite 2000, Chicago, IL  60606, nkefalos@vernormoran.com

Charles H. Shepard, Attorney for Pedro N Gonzalez, 707 Lake Cook Road, Suite 312,
Deerfield, IL  60015, cshepard@ymail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on April __11__, 2019:

Pedro N Gonzalez, 3922 W Diversey Ave, Chicago, IL  60647

Pedro N Gonzalez, 3912 W Diversey Ave, Chicago, IL 60647-8570

/s/ Umair Malik

_____

18-007033_CJP

## Motion For Relief Information

| | | | | | Version # | |
|---|---|---|---|---|---|---|
| | | | | | Last Revised Date: | 3/27/2019 |

### Loan Demographics

| Account Number | Redacted | Case Number | 14-14284 | Property Address | 3912 W DIVERSEY AVE CHICAGO   IL 60647 |
|---|---|---|---|---|---|

### Bankruptcy Filing Information

| Filed By | PEDRO    GONZALEZ | Chapter Filed | | Chapter 13 | | Gov't Loan | |
|---|---|---|---|---|---|---|---|
| District | | Bankruptcy Filing Date | 04/17/2014 | | | POC Filing Date | |
| | | | | | | 1st Post Due Date | 5/1/2014 |
| Beneficiary (Action in the Name of) | | | | | | | |

### First Borrower

| | | | | Non-filing Co-Signer | |
|---|---|---|---|---|---|
| Name | PEDRO    GONZALEZ | Redacted | | | |

### Second Borrower

| | | | Non-filing Co-Signer | |
|---|---|---|---|---|
| Name | | | | |

| Payoff Figures as of: | 00/00/0000 | Delinquent Contractual/Post Petition Payments | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Amount Due (P&I and Escrow) | Principle & Interest | Escrow | Number of Months | Total Due |
| Unpaid Balance | | Date Due | | | | | |
| Interest Amount | | 03/01/2019 to 04/01/2019 | $    3,150.52 | $    2,483.40 | $    667.12 | 2 | $    6,301.04 |
| Interest Rate | | | | | | | $    - |
| Per Diem | | | | | | | $    - |
| Escrow Advance | | | | | | | $    - |
| Corporate Advance | | | | | | | $    - |
| NSF | | | | | | | $    - |
| Total Suspense* | | | | | | | $    - |
| *Includes all Pre-Petition and Post - Petition Suspense | | Suspense** | $    691.41 | | | | $    (691.41) |
| TOTAL | $    - | TOTAL | | | | | $    5,609.63 |
| | | **If Chapter 13, will include Post Petition Suspense | | | | | |
| | | **If Chapter 7, will include all suspense | | | | | |

| MFR Dates/Amount | | National Settlement Agreement* | |
|---|---|---|---|
| | | Is this loan under the National Settlement Agreement? | |
| Contractual Due Date as per LSAMS | | | |
| Current Post Petition Due date as per Post Ledger | | *All loans acquired from Bank of America effective January 1,2013. | |
| Contractual/Post Petition Payment Amount Due (P&I and Escrow) | | | |

| Other Information | | Right to Foreclosure Language* |
|---|---|---|
| Property Treatment | Retain | *Please include right to foreclose language in the Motion for Relief |
| Property Status | Secured | |
| Motion for Dismissal Filing Date | No | |
| Pending Discharge | No | |
| Trustee Pay All | No | All Motions for Relief from Stay shall include a statement that sets forth the basis for asserting that the applicable party has the right to foreclose. |
| Loss Mitigation Status | Not Active | |
| Interest Amount at the Time of Filing | #REF! | |

*LM Status and copies of any and all available denial letters are required in CA
*If referral for CA and NY, breakdown for Corp. Advances is required.  IF for FL and MD,  breakdown for Corp Advances and Escrow Advances are required
*If referral is for CA and CO, then contractual payment history is needed for one year prior to the contractual due date.

| Payment Address | All payments and mail | | Comments | |
|---|---|---|---|---|
| Nationstar Mortgage, LLC | should be addressed as | | Last payment received on | |
| PO Box 619094 | ATTN: Bankruptcy Dept | | | |
| Dallas, TX 75261-9741 | | | | |
| Correspondence Address | | | | |
| Nationstar Mortgage, LLC | | | | |
| PO Box 619006 | | | | |
| Dallas, TX 75261-9741 | | | | |
| | | | Processed by | |

### Escrow Advances

| Escrow Account | Date | Recovery (Debit) | Advance (Credit) | Escrow Account | Date | Recovery (Debit) | Advance (Credit) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| *Motion For Relief Information* | |
|---|---|
| *Pre-Petition Ledger* | |

| | PEDRO   GONZALEZ |
|---|---|
| Filed By: | 0 |
| Case Number: | 14-14284 |
| Filing Date: | 04/17/14 |

| | POC Figures | Comments |
|---|---|---|
| Payments | $115,845.94 | 31 Installments (10/01/2011 to 04/01/2014) |
| AO Payments | | |
| Escrow | | |
| Late Fees | | |
| NSF Fees | | |
| FCL fees and Cost | | |
| ATTY FEES | | |
| FILING FEES | | |
| TITLE FEES | | |
| PROPERTY INSPEC | | |
| BK FEES | | |
| Other fees | | |
| Others | | |
| Suspense | | |
| Total POC | $115,845.94 | |

Trustee Disbursements

| Payment Received | Principal Received | POC Balance | Applied To | Payment Applied | Additional Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | LSAMS Trustee Suspense Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|
| (Date) | | $ 115,845.94 | (Date) | | | | | $0.00 | |
| | | $ 115,845.94 | | | | | $ - | $ - | |
| | | $ 115,845.94 | | | | | $ - | $ - | |
| 12/01/14 | $ 16,166.55 | $ 99,679.39 | | | | | $ 16,166.55 | $ 16,166.55 | |
| 12/05/14 | | $ 99,679.39 | | $ 3,569.70 | | | $ (3,569.70) | $ 12,596.85 | |
| 12/05/14 | | $ 99,679.39 | | $ 3,569.70 | | | $ (3,569.70) | $ 9,027.15 | |
| 12/05/14 | | $ 99,679.39 | | $ 3,569.70 | | | $ (3,569.70) | $ 5,457.45 | |
| 12/05/14 | | $ 99,679.39 | | $ 3,569.70 | | | $ (3,569.70) | $ 1,887.75 | |
| 01/07/15 | $ 2,194.92 | $ 97,484.47 | | | | | $ 2,194.92 | $ 4,082.67 | |
| 02/04/15 | $ 2,194.91 | $ 95,289.56 | | | | | $ 2,194.91 | $ 6,277.58 | |
| 02/20/15 | | $ 95,289.56 | | $ 3,682.42 | | | $ (3,682.42) | $ 2,595.16 | |
| 03/04/15 | $ 2,194.92 | $ 93,094.64 | | | | | $ 2,194.92 | $ 4,790.08 | |
| 04/07/15 | $ 2,194.91 | $ 90,899.73 | | | | | $ 2,194.91 | $ 6,984.99 | |
| 04/09/15 | | $ 90,899.73 | | $ 3,682.42 | | | $ (3,682.42) | $ 3,302.57 | |
| 05/05/15 | $ 2,194.92 | $ 88,704.81 | | | | | $ 2,194.92 | $ 5,497.49 | |
| 06/09/15 | $ 2,194.91 | $ 86,509.90 | | | | | $ 2,194.91 | $ 7,692.40 | |
| 06/15/15 | | $ 86,509.90 | | $ 3,682.42 | | | $ (3,682.42) | $ 4,009.98 | |
| 07/07/15 | $ 4,389.83 | $ 82,120.07 | | | | | $ 4,389.83 | $ 8,399.81 | |
| 07/20/15 | | $ 82,120.07 | | $ 3,682.42 | | | $ (3,682.42) | $ 4,717.39 | |
| 07/21/15 | | $ 82,120.07 | | $ 3,682.42 | | | $ (3,682.42) | $ 1,034.97 | |
| 09/08/15 | $ 2,240.93 | $ 79,879.14 | | | | | $ 2,240.93 | $ 3,275.90 | |
| 10/07/15 | $ 2,240.93 | $ 77,638.21 | | | | | $ 2,240.93 | $ 5,516.83 | |
| 11/04/15 | $ 2,192.61 | $ 75,445.60 | | | | | $ 2,192.61 | $ 7,709.44 | |
| 12/04/15 | $ 2,192.61 | $ 73,252.99 | | | | | $ 2,192.61 | $ 9,902.05 | |
| 12/11/15 | | $ 73,252.99 | | $ 3,601.03 | | | $ (3,601.03) | $ 6,301.02 | |
| 01/05/16 | $ 2,192.61 | $ 71,060.38 | | | | | $ 2,192.61 | $ 8,493.63 | |
| 02/02/16 | $ 2,192.61 | $ 68,867.77 | | | | | $ 2,192.61 | $ 10,686.24 | |
| 02/05/16 | | $ 68,867.77 | | $ 3,586.67 | | | $ (3,586.67) | $ 7,099.57 | |
| 02/10/16 | | $ 68,867.77 | | $ 3,586.67 | | | $ (3,586.67) | $ 3,512.90 | |
| 03/04/16 | $ 2,192.61 | $ 66,675.16 | | | | | $ 2,192.61 | $ 5,705.51 | |
| 03/11/16 | | $ 66,675.16 | | $ 3,586.67 | | | $ (3,586.67) | $ 2,118.84 | |
| 04/05/16 | $ 2,192.62 | $ 64,482.54 | | | | | $ 2,192.62 | $ 4,311.46 | |
| 04/11/16 | | $ 64,482.54 | | $ 3,586.67 | | | $ (3,586.67) | $ 724.79 | |
| 05/03/16 | $ 2,192.61 | $ 62,289.93 | | | | | $ 2,192.61 | $ 2,917.40 | |
| 06/06/16 | $ 2,192.62 | $ 60,097.31 | | | | | $ 2,192.62 | $ 5,110.02 | |
| 06/16/16 | | $ 60,097.31 | | $ 3,586.67 | | | $ (3,586.67) | $ 1,523.35 | |
| 07/06/16 | $ 4,385.23 | $ 55,712.08 | | | | | $ 4,385.23 | $ 5,908.58 | |
| 07/18/16 | | $ 55,712.08 | | $ 3,586.67 | | | $ (3,586.67) | $ 2,321.91 | |
| 09/07/16 | $ 2,192.61 | $ 53,519.47 | | | | | $ 2,192.61 | $ 4,514.52 | |
| 09/14/16 | | $ 53,519.47 | | $ 3,586.67 | | | $ (3,586.67) | $ 927.85 | |
| 10/04/16 | $ 2,296.15 | $ 51,223.32 | | | | | $ 2,296.15 | $ 3,224.00 | |
| 11/07/16 | $ 2,194.92 | $ 49,028.40 | | | | | $ 2,194.92 | $ 5,418.92 | |
| 11/16/16 | | $ 49,028.40 | | $ 3,586.67 | | | $ (3,586.67) | $ 1,832.25 | |
| 12/06/16 | $ 2,194.92 | $ 46,833.48 | | | | | $ 2,194.92 | $ 4,027.17 | |
| 01/05/17 | $ 2,194.92 | $ 44,638.56 | | | | | $ 2,194.92 | $ 6,222.09 | |
| 01/13/17 | | $ 44,638.56 | | $ 3,586.67 | | | $ (3,586.67) | $ 2,635.42 | |
| 02/07/17 | $ 2,194.92 | $ 42,443.64 | | | | | $ 2,194.92 | $ 4,830.34 | |
| 02/10/17 | | $ 42,443.64 | | $ 3,586.67 | | | $ (3,586.67) | $ 1,243.67 | |
| 03/07/17 | $ 2,194.91 | $ 40,248.73 | | | | | $ 2,194.91 | $ 3,438.58 | |
| 04/04/17 | $ 2,194.92 | $ 38,053.81 | | | | | $ 2,194.92 | $ 5,633.50 | |
| 04/07/17 | | $ 38,053.81 | | $ 3,586.67 | | | $ (3,586.67) | $ 2,046.83 | |

| Date | | | | | | | | Notes |
|---|---|---|---|---|---|---|---|---|
| 06/07/17 | $ 4,389.83 | $ 33,663.98 | | | | $ 4,389.83 | $ 6,436.66 | |
| 06/19/17 | | $ 33,663.98 | $ 3,586.67 | | | $ (3,586.67) | $ 2,849.99 | |
| 07/05/17 | $ 2,194.91 | $ 31,469.07 | | | | $ 2,194.91 | $ 5,044.90 | |
| 09/06/17 | $ 2,194.92 | $ 29,274.15 | | | | $ 2,194.92 | $ 7,239.82 | |
| 09/11/17 | | $ 29,274.15 | $ 3,586.67 | | | $ (3,586.67) | $ 3,653.15 | |
| 10/04/17 | $ 2,194.91 | $ 27,079.24 | | | | $ 2,194.91 | $ 5,848.06 | |
| 10/09/17 | | $ 27,079.24 | $ 3,586.67 | | | $ (3,586.67) | $ 2,261.39 | |
| 11/07/17 | $ 2,190.31 | $ 24,888.93 | $ 3,586.67 | | | $ (1,396.36) | $ 865.03 | |
| 12/05/17 | $ 2,190.31 | $ 22,698.62 | | | | $ 2,190.31 | $ 3,055.34 | |
| 01/04/18 | $ 2,190.31 | $ 20,508.31 | | | | $ 2,190.31 | $ 5,245.65 | |
| 02/06/18 | $ 2,190.31 | $ 18,318.00 | | | | $ 2,190.31 | $ 7,435.96 | |
| Loan Mod entered, Next due is 03/01/2018 | | | | | | | | |
| | $ (7,435.96) | $ 18,318.00 | | | | $ (7,435.96) | $ - | Susp move to post side due to LM |
| 03/07/18 | $ 2,190.32 | $ 16,127.68 | | | | $ 2,190.32 | $ 2,190.32 | |
| 04/03/18 | $ 2,190.31 | $ 13,937.37 | | | | $ 2,190.31 | $ 4,380.63 | |
| 05/08/18 | $ 2,190.32 | $ 11,747.05 | | | | $ 2,190.32 | $ 6,570.95 | |
| 06/11/18 | $ 2,190.31 | $ 9,556.74 | | | | $ 2,190.31 | $ 8,761.26 | |
| 08/07/18 | $ 2,190.32 | $ 7,366.42 | | | | $ 2,190.32 | $ 10,951.58 | |
| 08/07/18 | $ 2,190.31 | $ 5,176.11 | | | | $ 2,190.31 | $ 13,141.89 | |
| 09/05/18 | $ 2,240.93 | $ 2,935.18 | | | | $ 2,240.93 | $ 15,382.82 | |
| 10/02/18 | $ 2,240.94 | $ 694.24 | | | | $ 2,240.94 | $ 17,623.76 | |
| 12/17/18 | $ 694.24 | $ 0.00 | | | | $ 694.24 | $ 18,318.00 | |
| | | $ 0.00 | | | | $ - | $ 18,318.00 | Funds need to refund to TR |
| | | $ 0.00 | | | | $ - | $ 18,318.00 | |
| | | $ 0.00 | | | | $ - | $ 18,318.00 | |
| | | $ 0.00 | | | | $ - | $ 18,318.00 | |
| | | $ 0.00 | | | | $ - | $ 18,318.00 | |
| | | $ 0.00 | | | | $ - | $ 18,318.00 | |
| | | $ 0.00 | | | | $ - | $ 18,318.00 | |
| | | $ 0.00 | | | | $ - | $ 18,318.00 | |
| | | $ 0.00 | | | | $ - | $ 18,318.00 | |
| | | $ 0.00 | | | | $ - | $ 18,318.00 | |
| | | $ 0.00 | | | | $ - | $ 18,318.00 | |
| | | $ 0.00 | | | | $ - | $ 18,318.00 | |
| | | $ 0.00 | | | | $ - | $ 18,318.00 | |
| | | $ 0.00 | | | | $ - | $ 18,318.00 | |

## Motion For Relief Information
### Post-Petition Ledger

| Filed By: | PEDRO   GONZALEZ | | Payment Changes | | | | |
|---|---|---|---|---|---|---|---|
| | 0 | | | | | | |
| Case Number: | 14-14284 | From Date | To Date | Total Amount | P&I Total | Total amount received on post as per system | $ 40,343.36 |
| Filing Date: | 04/17/14 | 1-Mar-18 | 1-Jul-18 | $3,253.56 | | Total amount should be received till NOFC filed. | $ 38,984.83 |
| | | 1-Aug-18 | | $3,150.52 | | Difference | $ 1,358.53 |
| Payments in POC: | $115,845.94 | | | | | | |
| First Post Due Date: | 05/01/14 | | | | | | |

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance | Comments | Payment Applied (P&I and Escrow) | Additional Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | LSAM BR Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $ - | | | | | $ - | $ - |
| | | | | $ - | | | | | $ - | $ - |
| 08/28/14 | $ 14,346.68 | | | $ 14,346.68 | | | | | $ 14,346.68 | $ 14,346.68 |
| | Agreed order entered on 09/19/2014 | | | $ 14,346.68 | | | | | $ - | $ 14,346.68 |
| 10/29/14 | $ 3,569.70 | | | $ 17,916.38 | | $ 3,569.70 | | | $ - | $ 14,346.68 |
| 10/31/14 | | | | $ 17,916.38 | | $ 3,569.70 | | | $ (3,569.70) | $ 10,776.98 |
| 10/31/14 | | | | $ 17,916.38 | | $ 3,569.70 | | | $ (3,569.70) | $ 7,207.28 |
| 10/31/14 | | | | $ 17,916.38 | | $ 3,569.70 | | | $ (3,569.70) | $ 3,637.58 |
| 10/31/14 | | | | $ 17,916.38 | | $ 3,569.70 | | | $ (3,569.70) | $ 67.88 |
| 11/14/14 | $ 3,569.70 | | | $ 21,486.08 | | $ 3,569.70 | | | $ - | $ 67.88 |
| 11/26/14 | $ 3,569.70 | | | $ 25,055.78 | | $ 3,569.70 | | | $ - | $ 67.88 |
| 11/26/14 | $ 2,351.71 | | | $ 27,407.49 | | | | | $ 2,351.71 | $ 2,419.59 |
| 12/02/14 | $ 3,569.70 | | | $ 30,977.19 | | $ 3,569.70 | | | $ - | $ 2,419.59 |
| 12/11/14 | | | | $ 30,977.19 | | | | | $ - | $ 2,419.59 |
| 12/11/14 | $ 375.13 | | | $ 31,352.32 | | | | | $ 375.13 | $ 2,794.72 |
| 01/06/15 | $ 3,569.70 | | | $ 34,922.02 | | $ 3,682.42 | | | $ (112.72) | $ 2,682.00 |
| 01/13/15 | $ 375.13 | | | $ 35,297.15 | | | | | $ 375.13 | $ 3,057.13 |
| 02/11/15 | $ 3,569.70 | | | $ 38,866.85 | | $ 3,682.42 | | | $ (112.72) | $ 2,944.41 |
| 02/23/15 | $ 375.13 | | | $ 39,241.98 | | | | | $ 375.13 | $ 3,319.54 |
| 03/11/15 | $ 3,569.70 | | | $ 42,811.68 | | $ 3,682.42 | | | $ (112.72) | $ 3,206.82 |
| 04/15/15 | $ 3,569.70 | | | $ 46,381.38 | | $ 3,682.42 | | | $ (112.72) | $ 3,094.10 |
| 05/15/15 | $ 3,569.70 | | | $ 49,951.08 | | $ 3,682.42 | | | $ (112.72) | $ 2,981.38 |
| 06/10/15 | $ 3,569.70 | | | $ 53,520.78 | | $ 3,682.42 | | | $ (112.72) | $ 2,868.66 |
| 07/06/15 | $ 3,569.70 | | | $ 57,090.48 | | $ 3,682.42 | | | $ (112.72) | $ 2,755.94 |
| 08/07/15 | $ 3,569.70 | | | $ 60,660.18 | | $ 3,682.42 | | | $ (112.72) | $ 2,643.22 |
| 09/02/15 | $ 3,569.70 | | | $ 64,229.88 | | $ 3,601.03 | | | $ (31.33) | $ 2,611.89 |
| 10/09/15 | $ 3,569.70 | | | $ 67,799.58 | | | | | $ 3,569.70 | $ 6,181.59 |
| 11/03/15 | $ (4,459.81) | | | $ 63,339.77 | | | | | $ (4,459.81) | $ 1,721.78 |
| 11/03/15 | $ (67.88) | | | $ 63,271.89 | | | | | $ (67.88) | $ 1,653.90 |
| 11/06/15 | $ (67.88) | | | $ 63,204.01 | | | | | $ (67.88) | $ 1,586.02 |
| 11/10/15 | $ 3,601.03 | | | $ 66,805.04 | | $ 3,601.03 | | | $ 0.00 | $ 1,586.02 |
| 12/10/15 | $ 3,601.03 | | | $ 70,406.07 | | $ 3,601.03 | | | $ - | $ 1,586.02 |
| 01/12/16 | $ 3,586.67 | | | $ 73,992.74 | | $ 3,586.67 | | | $ 0.00 | $ 1,586.02 |
| 01/12/16 | $ 14.36 | | | $ 74,007.10 | | | | | $ 14.36 | $ 1,600.38 |
| 02/09/16 | $ 3,601.03 | | | $ 77,608.13 | | | | | $ 3,601.03 | $ 5,201.41 |
| 03/10/16 | $ 3,601.03 | | | $ 81,209.16 | | | | | $ 3,601.03 | $ 8,802.44 |
| 03/14/16 | | | | $ 81,209.16 | | $ 3,586.67 | | | $ (3,586.67) | $ 5,215.77 |
| 04/08/16 | $ 3,601.03 | | | $ 84,810.19 | | | | | $ 3,601.03 | $ 8,816.80 |
| 05/06/16 | | | | $ 84,810.19 | | $ 3,586.67 | | | $ (3,586.67) | $ 5,230.13 |
| 05/10/16 | $ 3,601.03 | | | $ 88,411.22 | | | | | $ 3,601.03 | $ 8,831.16 |
| 05/11/16 | | | | $ 88,411.22 | | $ 3,586.67 | | | $ (3,586.67) | $ 5,244.49 |
| 06/15/16 | $ 3,601.03 | | | $ 92,012.25 | | | | | $ 3,601.03 | $ 8,845.52 |
| 07/11/16 | $ 3,601.03 | | | $ 95,613.28 | | | | | $ 3,601.03 | $ 12,446.55 |
| 07/12/16 | | | | $ 95,613.28 | | $ 3,586.67 | | | $ (3,586.67) | $ 8,859.88 |
| 07/18/16 | | | | $ 95,613.28 | | $ 3,586.67 | | | $ (3,586.67) | $ 5,273.21 |
| 08/10/16 | $ 3,601.03 | | | $ 99,214.31 | | | | | $ 3,601.03 | $ 8,874.24 |
| 08/11/16 | | | | $ 99,214.31 | | $ 3,586.67 | | | $ (3,586.67) | $ 5,287.57 |
| 09/13/16 | $ 3,601.03 | | | $ 102,815.34 | | | | | $ 3,601.03 | $ 8,888.60 |
| 10/07/16 | | | | $ 102,815.34 | | $ 3,586.67 | | | $ (3,586.67) | $ 5,301.93 |
| 10/14/16 | $ 3,601.03 | | | $ 106,416.37 | | | | | $ 3,601.03 | $ 8,902.96 |
| 10/17/16 | | | | $ 106,416.37 | | $ 3,586.67 | | | $ (3,586.67) | $ 5,316.29 |
| 11/15/16 | $ 3,601.03 | | | $ 110,017.40 | | | | | $ 3,601.03 | $ 8,917.32 |
| 12/16/16 | | | | $ 110,017.40 | | $ 3,586.67 | | | $ (3,586.67) | $ 5,330.65 |
| 12/20/16 | $ 3,601.03 | | | $ 113,618.43 | | | | | $ 3,601.03 | $ 8,931.68 |
| 12/21/16 | | | | $ 113,618.43 | | $ 3,586.67 | | | $ (3,586.67) | $ 5,345.01 |
| 01/09/17 | | | | $ 113,618.43 | | $ 3,586.67 | | | $ (3,586.67) | $ 1,758.34 |
| 01/12/17 | $ 3,601.03 | | | $ 117,219.46 | | | | | $ 3,601.03 | $ 5,359.37 |
| 02/09/17 | $ 3,601.03 | | | $ 120,820.49 | | | | | $ 3,601.03 | $ 8,960.40 |
| 03/10/17 | | | | $ 120,820.49 | | $ 3,586.67 | | | $ (3,586.67) | $ 5,373.73 |
| 03/10/17 | $ 3,601.03 | | | $ 124,421.52 | | | | | $ 3,601.03 | $ 8,974.76 |
| 03/13/17 | | | | $ 124,421.52 | | $ 3,586.67 | | | $ (3,586.67) | $ 5,388.09 |
| 04/19/17 | $ 3,601.03 | | | $ 128,022.55 | | | | | $ 3,601.03 | $ 8,989.12 |
| 04/20/17 | | | | $ 128,022.55 | | $ 3,586.67 | | | $ (3,586.67) | $ 5,402.45 |
| 05/15/17 | $ 3,601.03 | | | $ 131,623.58 | | | | | $ 3,601.03 | $ 9,003.48 |
| 05/16/17 | | | | $ 131,623.58 | | $ 3,586.67 | | | $ (3,586.67) | $ 5,416.81 |
| 06/12/17 | | | | $ 131,623.58 | | $ 3,586.67 | | | $ (3,586.67) | $ 1,830.14 |
| 06/16/17 | $ 3,601.03 | | | $ 135,224.61 | | | | | $ 3,601.03 | $ 5,431.17 |
| 07/25/17 | $ 3,601.03 | | | $ 138,825.64 | | | | | $ 3,601.03 | $ 9,032.20 |
| 07/26/17 | | | | $ 138,825.64 | | $ 3,586.67 | | | $ (3,586.67) | $ 5,445.53 |
| 08/28/17 | $ 3,601.03 | | | $ 142,426.67 | | | | | $ 3,601.03 | $ 9,046.56 |
| 08/29/17 | | | | $ 142,426.67 | | $ 3,586.67 | | | $ (3,586.67) | $ 5,459.89 |
| 09/08/17 | $ 3,601.03 | | | $ 146,027.70 | | | | | $ 3,601.03 | $ 9,060.92 |
| 09/08/17 | | | | $ 146,027.70 | | $ 3,586.67 | | | $ (3,586.67) | $ 5,474.25 |
| 10/11/17 | $ 3,601.03 | | | $ 149,628.73 | | | | | $ 3,601.03 | $ 9,075.28 |
| 10/12/17 | | | | $ 149,628.73 | | $ 3,586.67 | | | $ (3,586.67) | $ 5,488.61 |
| 11/07/17 | $ 3,301.19 | | | $ 152,929.92 | | | | | $ 3,301.19 | $ 8,789.80 |
| 11/07/17 | $ 299.84 | | | $ 153,229.76 | | | | | $ 299.84 | $ 9,089.64 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/12/17 | $ 3,301.19 | | | $ 156,530.95 | | | | $ 3,301.19 | $ 12,390.83 |
| 12/12/17 | $ 299.84 | | | $ 156,830.79 | | | | $ 299.84 | $ 12,690.67 |
| 12/12/17 | $ - | | | $ 156,830.79 | $ 3,586.67 | | | $ (3,586.67) | $ 9,104.00 |
| 12/13/17 | | | | $ 156,830.79 | $ 3,586.67 | | | $ (3,586.67) | $ 5,517.33 |
| 01/16/18 | $ 3,586.67 | | | $ 160,417.46 | $ 3,586.67 | | | $ - | $ 5,517.33 |
| 01/16/18 | $ 14.36 | | | $ 160,431.82 | | | | $ 14.36 | $ 5,531.69 |
| 02/27/18 | $ 1,187.69 | | | $ 161,619.51 | | | | $ 1,187.69 | $ 6,719.38 |
| 02/27/18 | | | | $ 161,619.51 | | $ 43.08 | | $ (43.08) | $ 6,876.30 |
| 02/27/18 | $ 7,435.96 | | | $ 169,055.47 | from pre  side due to LM | | | $ 7,435.96 | $ 14,112.26 |
| Loan Mod entered, Next due is 03/01/2018 | | | | $ 6,941.53 | | | | $ - | $ 14,112.26 |
| 02/27/18 | | 03/01/18 | $ 3,253.56 | $ 3,687.97 | $ 3,253.56 | | | $ (3,253.56) | $ 10,858.70 |
| 02/27/18 | | | $ 663.39 | $ 3,024.58 | $ 663.39 | | | $ (663.39) | $ 10,195.31 |
| 03/08/18 | $ 3,601.03 | | | $ 6,625.61 | | | | $ 3,601.03 | $ 13,796.34 |
| 03/09/18 | | 04/01/18 | $ 3,253.56 | $ 3,372.05 | $ 3,253.56 | | | $ (3,253.56) | $ 10,542.78 |
| 03/13/18 | | 05/01/18 | $ 3,253.56 | $ 118.49 | $ 3,253.56 | | | $ (3,253.56) | $ 7,289.22 |
| 04/09/18 | | | | $ 118.49 | $ 3,253.56 | | | $ (3,253.56) | $ 4,035.66 |
| 04/18/18 | $ 2,483.40 | | | $ 2,601.89 | | | | $ 2,483.40 | $ 6,519.06 |
| 05/08/18 | $ 2,483.40 | 06/01/18 | $ 3,253.56 | $ 1,831.73 | | | | $ 2,483.40 | $ 9,002.46 |
| 05/09/18 | | | | $ 1,831.73 | $ 3,253.56 | | | $ (3,253.56) | $ 5,748.90 |
| 06/08/18 | $ 2,483.40 | 07/01/18 | $ 3,253.56 | $ 1,061.57 | | | | $ 2,483.40 | $ 8,232.30 |
| 06/11/18 | | | | $ 1,061.57 | $ 3,150.52 | | | $ (3,150.52) | $ 5,081.78 |
| 08/07/18 | $ 2,483.40 | 08/01/18 | $ 3,150.52 | $ 394.45 | | | | $ 2,483.40 | $ 7,565.18 |
| 08/08/18 | | | | $ 394.45 | $ 3,150.52 | | | $ (3,150.52) | $ 4,414.66 |
| 08/10/18 | $ 2,483.40 | | | $ 2,877.85 | | | | $ 2,483.40 | $ 6,898.06 |
| 08/15/18 | | | | $ 2,877.85 | $ 3,150.52 | | | $ (3,150.52) | $ 3,747.54 |
| 08/15/18 | | | | $ 2,877.85 | $ 3,150.52 | | | $ (3,150.52) | $ 597.02 |
| 09/07/18 | | | | $ 2,877.85 | | | | $ - | $ 597.02 |
| 09/07/18 | | | | $ 2,877.85 | | | | $ - | $ 597.02 |
| 09/14/18 | $ 2,483.40 | 09/01/18 | $ 3,150.52 | $ 2,210.73 | | | | $ 2,483.40 | $ 3,080.42 |
| 10/11/18 | $ 2,483.40 | 10/01/18 | $ 3,150.52 | $ 1,543.61 | | | | $ 2,483.40 | $ 5,563.82 |
| 10/12/18 | | | | $ 1,543.61 | $ 3,150.52 | | | $ (3,150.52) | $ 2,413.30 |
| 11/15/18 | $ 2,483.40 | 11/01/18 | $ 3,150.52 | $ 876.49 | | | | $ 2,483.40 | $ 4,896.70 |
| 11/16/18 | | | | $ 876.49 | $ 3,150.52 | | | $ (3,150.52) | $ 1,746.18 |
| 12/12/18 | $ 2,483.40 | 12/01/18 | $ 3,150.52 | $ 209.37 | | | | $ 2,483.40 | $ 4,229.58 |
| 12/13/18 | | | | $ 209.37 | | | | $ - | $ 4,229.58 |
| 01/10/19 | $ 2,483.40 | | | $ 2,692.77 | | | | $ 2,483.40 | $ 6,712.98 |
| 02/12/19 | $ 2,483.40 | 01/01/19 | $ 3,150.52 | $ 2,025.65 | | | | $ 2,483.40 | $ 9,196.38 |
| 02/13/19 | | | | $ 2,025.65 | | | | $ - | $ 9,196.38 |
| 03/12/19 | $ 2,483.40 | 02/01/19 | $ 3,150.52 | $ 1,358.53 | | | | $ 2,483.40 | $ 11,679.78 |
| 03/13/19 | | | | $ 1,358.53 | | | | $ - | $ 11,679.78 |
| 04/04/19 | $ 2,483.40 | 03/01/19 | $ 3,150.52 | $ 691.41 | | | | $ 2,483.40 | $ 14,163.18 |
| | | | | $ 691.41 | | | | $ - | $ 14,163.18 |
| | | | | $ 691.41 | | | | $ - | $ 14,163.18 |
| | | | | $ 691.41 | | | | $ - | $ 14,163.18 |
| | | | | $ 691.41 | | | | $ - | $ 14,163.18 |
| | | | | $ 691.41 | | | | $ - | $ 14,163.18 |
| | | | | $ 691.41 | | | | $ - | $ 14,163.18 |
| | | | | $ 691.41 | | | | $ - | $ 14,163.18 |
| | | | | $ 691.41 | | | | $ - | $ 14,163.18 |
| | | | | $ 691.41 | | | | $ - | $ 14,163.18 |
| | | | | $ 691.41 | | | | $ - | $ 14,163.18 |
| | | | | $ 691.41 | | | | $ - | $ 14,163.18 |
| | | | | $ 691.41 | | | | $ - | $ 14,163.18 |

**BK Filing Date**          Step 1    Paste all the transactions from LSAMS door 95 below System Fees and Costs and adjust the data by doing Alt+D+E (Text to Column) and sort by Transaction

**Discharge Date**          Step 2    Highlight the fees and costs that are getting adjusted with each other or other fee code type bringing the balance to minimum and matching with Door 03 ,

**PPFN Filed**              Step 3    Once this is done, we will filter the transactions by "No Fill" which will give us the transactions that requires adjustments

**Amount Claimed in PPFN**  Step 4    We will verify each of the reamining fees and costs with the Claim Type and update required columns and also adjust the positive balances that were not hi

**AO Filed**                Step 5    Update the suspense balance in respective buckets after all the adjustments on the pencil ledger that is if there is a payment application using trustee susp

**Amount Claimed in AO**    Step 6    Once all the adjustments are completed, apply the respective fees and costs from the respective suspense bucket or move the uncollectible fees and costs t

No corp advance

| System Fees & Costs | | | | Discharge Adjustments | | | | |
| Type | Description | Amount | Transaction date | Claim Type | Amount Claimed | Applied Contractually | Amount remaining | Amount applied | Amount moved to BL |
|------|-------------|--------|------------------|------------|----------------|-----------------------|------------------|----------------|--------------------|
|      |             |        |                  |            |                |                       |                  |                |                    |
|      |             |        |                  |            |                |                       |                  |                |                    |
|      |             |        |                  |            |                |                       |                  |                |                    |
|      |             |        |                  |            |                |                       |                  |                |                    |
|      |             |        |                  |            |                |                       |                  |                |                    |
|      |             |        |                  |            |                |                       |                  |                |                    |
|      |             |        |                  |            |                |                       |                  |                |                    |
|      |             |        |                  |            |                |                       |                  |                |                    |
|      |             |        |                  |            |                |                       |                  |                |                    |